IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
CHAMPAIGN COUNTY, ILLINOIS

**FILED**
SIXTH JUDICIAL CIRCUIT
JUN 2 6 2008
Linda S. Frank
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

| | |
|---|---|
| DONALD MERCHANT, | ) |
| | ) |
| Plaintiff, | ) NO: 08 L 155 |
| | ) |
| v. | ) |
| | ) |
| ALEKSANDER KEDZIERSKI; ALMAR | ) |
| TRUCKING, INC.; WHIMSY, INC. and | ) |
| DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES FOR PERSONAL INJURIES; DEMAND FOR JURY

NOW COMES plaintiff DONALD MERCHANT, by and through his attorneys of record, Jeff Clay, of The Law Offices of Richard M. Lester, to allege as follows:

1. Plaintiff Donald Merchant is an individual over 18 years of age. He is a resident of Elmore County, State of Idaho.

2. Defendant Aleksander Kedzierski is an individual over 18 years of age. He is believed to be a resident of Cook County, State of Illinois.

3. Defendant Almar Trucking, Inc. is an Illinois Corporation with its principal address in Cook County, State of Illinois.

4. Defendant Whimsy, Inc. is an Illinois Corporation with its principal address in Cook County, State of Illinois.

1

5. Plaintiff is unaware of the true names or legal capacities of defendants sued as DOES 1 through 10. Plaintiff is informed and believes that said DOE defendants, and each of them, are liable to plaintiff by means of the instant action. Plaintiff will seek leave to amend this Petition, when and if said true names are ascertained.

6. The accident at issue occurred in the County of Champaign, State of Illinois.

## NEGLIGENCE

7. On July 10, 2006, plaintiff was operating a motorcycle southbound on Interstate 57, near Mile Post 246 in the County of Champaign, State of Illinois.

8. At the same time and place, defendant Aleksander Kedzierski, was operating a semi-tractor with trailer southbound on Interstate 57, near Mile Post 246 in the County of Champaign, State of Illinois.

9. Suddenly and without warning, the tire on defendant's trailer blew out and pieces of the tire flew into the lane occupied by plaintiff.

10. As a result of the tire blow out, plaintiff was struck by large pieces of tire and suffered serious injuries as a result.

11. Defendant Aleksander Kedzierski was negligent and/or negligent *per se* in his failure to inspect and/or maintain the subject vehicle in a safe condition prior to operating that vehicle, and operating a vehicle in an unsafe condition.

12. Defendant Aleksander Kedzierski is an employee and/or officer of Almar Trucking, Inc. and was acting within the scope and course of his employment at the time of the accident.

13. Pursuant to the doctrine of *respondeat superior*, defendant Almar Trucking, Inc. is responsible for the actions of defendant Kedzierski while he was acting in the course and scope of his employment.

14. Almar Trucking, Inc. is the registered owner of the vehicle driven by defendant Kedzierski in the accident at issue and is responsible for the maintenance and inspection of such vehicle.

15. Almar Trucking, Inc. was negligent and/or negligent *per se* in that they failed to inspect and/or maintain the subject vehicle in a safe condition prior to placing the vehicle in operation or allowing that vehicle to be operated.

16. Whimsy, Inc. is the registered carrier of the trailer in the subject accident and they are responsible for the maintenance and inspection of such trailer.

17. Whimsy, Inc. was negligent and/or negligent *per se* in that they failed to inspect and/or maintain the subject vehicle in a safe condition prior to placing the vehicle in operation or allowing that vehicle to be operated.

18. As a direct and proximate result of the negligent conduct of the defendants, and each of them, as described herein, plaintiff has suffered injury and damages, economic and non-economic in an amount that exceeds $50,000.00.

## NEGLIGENCE *PER SE*

19. Plaintiff hereby incorporates each and every material allegation contained in Paragraphs 1 through 18, *supra.*, as though set out in full herein.

20. During the subject accident, defendants violated provisions of the Illinois Vehicle Code as well as the Motor Carrier Safety Regulations, which will be specified after the appropriate and necessary discovery process.

21. Plaintiff is a member of the class of persons that the statutes and regulations were meant to protect.

22. Accordingly, defendants were negligent *per se* in regard to the subject accident, and such negligence was a cause of said accident.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against the Defendants, and each of them, as follows:

1. For an award of economic damages in an amount to be ascertained at the time of trial, yet which exceeds the minimum jurisdictional amount of this Court;

2. For an award of non-economic damages in an amount to be ascertained at the time of trial, yet which exceeds the minimum jurisdictional amount of this Court;

3. For an amount for physical impairment and disfigurement in an amount to be ascertained at the time of trial, yet which exceeds the minimum jurisdictional amount of this Court;

4. For an award of costs of suit; and

5. Any other further relief which this Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury to all issues so triable.

Dated this 25Th day of June, 2008

Jeff Clay, Esq. 6274714
LAW OFFICES OF RICHARD M. LESTER
21054 Sherman Way, 3RD Floor
Canoga Park, CA 91303
Ph. 818/906-1111; Fax. 818-992-1515
ATTORNEY FOR PLAINTIFF