AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

DONALD MERCHANT

        Plaintiff (s),

V.

ALEKSANDER KEDZIERSKI, et al.

        Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 08 CV 02186

FILED
FEB - 9 2009
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Notice is hereby given that, subject to approval by the court, __Plaintiff Donald Merchant__ substitutes
                                                                               (Party (s) Name)

__William M. McPhillips__, State Bar No. __93118__ as counsel of record in
   (Name of New Attorney)

place of __Jeff Clay, Law Office of Jeff Clay__
                            (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name: Law Office of Richard M. Lester
   Address: 21054 Sherman Way, Third Floor
   Telephone: (818) 906-1111     Facsimile (818) 992-1515
   E-Mail (Optional): mcphillipsw@lesterlaw.net

I consent to the above substitution.
Date: 2/5/09

Donald Merchant
(Signature of Party (s))

I consent to being substituted.
Date: 02/05/2009

JEFF CLAY
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/5/2009

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. My business address is: 21054 Sherman Way, Third Floor, Canoga Park, California 91303. I am over the age of 18 and not a party to the within action.

On February 5, 2009, I served the foregoing document described as **SUBSTITUTION OF ATTONEY** on the interested parties in this action:

[X] by placing [X] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

[X] by Facsimile. On February 5, 2009, I caused a facsimile transmission from our office facsimile Telephone No. (818) 992-1515 to:

| Brian Grimm, Esq. | Clerk of the Circuit Court of Champaign |
| Stellato & Schwartz, Ltd. | 218 U.S. Courthouse |
| 425 North Martinglae Road, Suite 1150 | 201 S. Vine Street |
| Schaumburg, IL  60173 | Urbana IL 61802 |
| *PHONE: (847) 330-3700* | *PHONE: (217) 373-5830* |
| *FAX:     (847) 330-3711* | *FAX:     (217) 373-5834* |

[X] This document was served by **facsimile**. The facsimile transmission was without error and completed prior to 5:00 p.m. A copy of the transmission report is available upon request.

and

[X] by U.S. Mail. I am readily familiar with the firm's practice of collection and processing correspondence on the same day with postage thereon fully prepaid at Canoga Park, California in the ordinary course of business

[X] *(FEDERAL)* I declare that I am employed in the office of a member of a bar of this Court at whose direction the service was made.

Executed at Canoga Park, California on February 5, 2009.

____William M. McPhillips____
TYPE OR PRINT NAME                                                SIGNATURE