

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

October 28, 2010

| | |
|---|---|
| William M. McPhillips | Richard Wendell Schumacher |
| LAW OFFICES OF RICHARD M. LESTER | STELLATO & SCHWARTZ LTD. |
| 3rd Floor | Suite 3400 |
| 21054 Sherman Way | 120 N LaSalle |
| Canoga Park, CA 91303 | Chicago, IL 60602 |

RE:   MERCHANT V. KEDZIERSKI ET AL
CASE NO. 08-2186

Dear Counsel of Record:

   The Plaintiff's exhibits 1, 2, 3, 4, which are poster boards approximately 18 by 24 in size, in the above case are currently in the possession of the Clerk's Office in Urbana, Illinois and need to be removed from our vault.  **It is your responsibility to retrieve these exhibits.**

   **Please make arrangements to retrieve the exhibits from the above-referenced case by November 5, 2010, or they will be destroyed**.   Thank you for your prompt attention to this matter.

   Sincerely,

   PAMELA E. ROBINSON, CLERK
   U.S. DISTRICT COURT

   BY:   s/V. Ball
            Division Manager